**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES PRESTON TARKINGTON** **PLAINTIFF**

**v.** **Case No. 4:26-cv-475-JM**

**STATE OF ARKANSAS, *et al.*** **DEFENDANTS**

**ORDER**

James Trkington paid the filing fee and initiated this *pro se* lawsuit on May 8, 2026. (Doc. 1). Summonses were issued and returned to him so that he could effectuate good service. *Id*. Federal Rules of Civil Procedure 4(m) provides for dismissal if service is not achieved within 90 days of the filing of the complaint. Here, that would be August 6, 2026. The Court directs Mr. Tarkington to file, within 14 days, either the proof of service required under Fed. R. Civ. P. 4(l) or a motion for time to extend service explaining why process has not been served. If Mr. Tarkington does not do one or the other by Monday, October 19, 2026, the case will be dismissed for lack of service.

IT IS SO ORDERED this 5th day of October, 2026.

UNITED STATES DISTRICT JUDGE