**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES PRESTON TARKINGTON** **PLAINTIFF**

**v.** **Case No. 4:26-cv-475-JM**

**STATE OF ARKANSAS, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff James Preston Tarkington paid the filing fee and filed his *pro se* Complaint on May 8, 2026. (Doc. 1). Summonses were issued and return to him for completion of service. When the time for service passed, the Court issued a Warning Order giving him 14 days to either complete service of process or to file a motion seeking an extension of time to complete service. (Doc. 2). Tarkington has neither responded to the Court's October 5, 2026 Order as directed nor made any attempt to complete service of process. According, his Complaint (Doc. 1) is dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 5th day of November, 2026.

UNITED STATES DISTRICT JUDGE